UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CHRISTOPHER CORTAZZO            :     CIVIL ACTION
                                :
   v.                           :
                                :     No. 14-2513
CITY OF READING, et al.         :
_____

# **O R D E R**

AND NOW, this 25th day of March, 2015, for the reasons more fully set forth in the memorandum accompanying this order, "Defendants, City of Reading, Chief Heim and Madison Winchester's Motion to Dismiss Plaintiff's Amended Complaint" (doc. no. 11) is GRANTED and plaintiff's amended complaint is DISMISSED. By Monday, April 13, 2015, plaintiff may file a second amended complaint.

                              BY THE COURT:


                              */s/ Joseph F. Leeson, Jr.*_____
                              JOSEPH F. LEESON, JR., J.