UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CHRISTOPHER CORTAZZO     :     CIVIL ACTION
                                     :
    v.                                 :
                                     :     No. 14-2513
CITY OF READING, et al.     :
_____

**O R D E R**

AND NOW, this 25th day of March, 2015, for the reasons more fully set forth in the Memorandum accompanying this Order, plaintiff's "Motion for a Preliminary Injunction" (doc. no. 24) is DENIED, and defendants' "Motion to File Certain Documents Under Seal" (doc. 25) is GRANTED IN PART and DENIED IN PART, as more particularly set forth in the Memorandum accompanying this Order.

                                            BY THE COURT:


                                            */s/ Joseph F. Leeson, Jr.*
                                            JOSEPH F. LEESON, JR., J.