UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CHRISTOPHER CORTAZZO              :
        Plaintiff,           :     No. 5:14-cv-2513
    v.                              :
                                   :
CITY OF READING and WILLIAM HEIM,  :
        Defendants.          :
_____

**O R D E R**
Defendants' Motion to Dismiss, ECF No. 34- Granted in Part & Denied in Part

**AND NOW,** this 14th day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 34, is **GRANTED in part and DENIED in part**;

2. The Motion to Dismiss Count I, asserting claims for disparate treatment and retaliation in violation of Section 504 of the Rehabilitation Act, is granted and Count I is dismissed with prejudice in its entirety;

3. The Motion to Dismiss the FMLA retaliation claim in Count II is granted and it is dismissed with prejudice;

4. The Motion to Dismiss the FMLA interference claim in Count II is denied;

5. The Motion to Dismiss Chief Heim from the FMLA interference claim in Count II is denied;[1] and

6. The Motion to Dismiss the request for punitive damages is granted.

                                      BY THE COURT:

                                      */s/ Joseph F. Leeson, Jr.*
                                      JOSEPH F. LEESON, JR.
                                      United States District Judge

---

[1] As all remaining claims are dismissed with prejudice, the request to dismiss Chief Heim from these claims is moot.